

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00101-CR

_____

JEFFERY DON DAVIDSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Red River County, Texas
Trial Court No. CR02932

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Jeffery Don Davidson has filed an untimely notice of appeal from the trial court's judgment adjudicating his guilt of possession of a controlled substance. We dismiss the appeal for want of jurisdiction.

Sentence was imposed in this matter on May 9, 2022, and Davidson did not file a motion for new trial. As a result, Davidson's notice of appeal was due on or before June 8, 2022. *See* TEX. R. APP. P. 26.2(a)(1). Davidson's notice of appeal was filed on July 20, 2022, well after the June 8 deadline. Consequently, Davidson's attempt to appeal his conviction in this matter was untimely. The Texas Court of Criminal Appeals has expressly held that, without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998) (per curiam).

We notified counsel for Davidson by letter that Davidson's notice of appeal appeared to be untimely and that the appeal was subject to dismissal for want of jurisdiction. We afforded Davidson the opportunity to respond to our letter, through counsel, and to demonstrate how we have jurisdiction over the appeal notwithstanding the noted defect. In response to our letter, Davidson's attorney agreed that this Court lacks jurisdiction over this appeal.

Because Davidson did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction.

                                        Josh R. Morriss, III
                                        Chief Justice

Date Submitted:     September 8, 2022
Date Decided:       September 9, 2022

Do Not Publish